# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Jermaine Lamar Maxwell - 009<br>Bhishm Deo Neal - 019,<br><br>　　　　　Defendants. | No. CR-18-01695-TUC-JAS (EJM)<br><br>**ORDER** |

　　　Pending before the Court is a Report and Recommendation issued by United States Magistrate Judge Markovich (Doc. 3347) that recommends denying the Motion to Sever filed by Bhishm Neal (Doc. 3343) and joined in by Jermaine Maxwell (Doc. 3344). A review of the record reflects that the parties have not filed any objections to the Report and Recommendation and the time to file objections has expired. The Court will therefore not consider any objections or new evidence.

　　　The Court has reviewed the record and concludes that Magistrate Judge Markovich's recommendations are not clearly erroneous. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *Conley v. Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998). Accordingly,

///

///

///

///

1  **IT IS HEREBY ORDERED** as follows:

2  (1) Magistrate Judge Markovich's Report and Recommendation (Doc. 3347) is
3  **accepted and adopted**.

4  (2) Neal's Motion to Sever (Doc. 3343) is **denied**.

5  (3) This case is referred back to Magistrate Judge Markovich.

6  Dated this 29th day of August, 2024.

Honorable James A. Soto
United States District Judge